UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLENE C. JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY LEWIS, *et al*.,<br><br>    Defendants. | Case No. 20-cv-00385-SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT; VACATING UPCOMING DATES; STAYING CASE UNTIL JUNE 1, 2020 TO ALLOW PLAINTIFF TIME TO FIND COUNSEL**<br><br>Re: Dkt. Nos. 10, , 11 |

Plaintiff, who is *pro se*, has requested leave to file a first amended complaint in response to defendants' motion to dismiss the original complaint. Plaintiff's motion also states that she is seeking counsel and she requests time to do so.

The Court GRANTS plaintiff's motion and DENIES defendants' motion to dismiss as moot. **In light of plaintiff's intention to seek counsel to represent her, the Court finds that it is in the interest of judicial efficiency to STAY this case until June 1, 2020. The April 24, 2020 initial case management conference is VACATED. Plaintiff's first amended complaint shall be filed by June 1, 2020**. If plaintiff retains counsel prior to June 1, plaintiff shall inform the Court by letter and the Court will lift the stay and schedule an initial case management conference.

    **IT IS SO ORDERED**.

Dated: March 16, 2020

                                              SUSAN ILLSTON
                                              United States District Judge