UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLENE JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY LEWIS, *et al*.,<br><br>　　　　　Defendants. | Case No. 20-cv-00385-SI<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE AND CONTINUING DEFENDANTS' MOTION TO DISMISS TO NOVEMBER 6, 2020 AT 10:00 A.M.**<br><br>Re: Dkt. No. 15 |

　　　　The Court has reviewed plaintiff's amended complaint (which contains a request that the Court appoint a lawyer to represent her), as well as defendants' motion to dismiss the amended complaint. The Court has also conferred with the Pro Se Help Desk as well as the ADR Unit, and determines that it is in the interest of justice and judicial efficiency to refer this case to a magistrate judge for a settlement conference, and to continue defendants' motion to November 6, 2020 at 10 am. Unfortunately, the Court cannot appoint a lawyer to represent plaintiff. Plaintiff is advised that the Pro Se Help Desk can assist plaintiff with preparation for a settlement conference.

　　　　**IT IS SO ORDERED**.

Dated: August 4, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge