UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLENE JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFFREY LEWIS, *et al*.,<br><br>        Defendants. | Case No. 20-cv-00385-SI<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. Nos. 27, 28 |

Plaintiff has filed a notice of voluntary dismissal. Accordingly, this case is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2). All pending motions are DENIED AS MOOT.

**IT IS SO ORDERED**.

Dated: November 9, 2020

_____
SUSAN ILLSTON
United States District Judge