UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLENE JONES,<br><br>           Plaintiff,<br><br>     v.<br><br>JEFFREY LEWIS, *et al.*,<br><br>           Defendants. | Case No. 20-cv-00385-SI<br><br>**JUDGMENT** |

This case has been dismissed without prejudice.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 9, 2020

_____
SUSAN ILLSTON
United States District Judge